UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSEPH LAFEVER                                                          PLAINTIFF

V.                                                   CIVIL ACTION NO.4:06CV47-GHD-JAD

JERRY PARKER, et al.                                                  DEFENDANTS

## ORDER

On consideration of the file and records in this action by the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B), and on plaintiff's motion for a preliminary injunction, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 26, 2007, was on that date duly served by first class mail upon the pro se plaintiff and upon the attorneys of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 26, 2007, be, and it is hereby, approved and adopted.

2. That plaintiff's motion for a preliminary injunction be and hereby is **denied**.

THIS, the 16 day of April, 2007.

CHIEF JUDGE